IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

CASE NUMBER 09-00588-EAG

NELLIE C TORRES GARCIA

CHAPTER 13

Debtor(s)
*******************************\

### TRUSTEE'S CERTIFICATION OF DISCHARGE

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully, **CERTIFIES** that:

1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

**11 U.S.C. 1328(a) and LBR 3015-2(j)**

2. According to the record of the case, debtor(s) has/have NO domestic support obligation.

**11 U.S.C. 1328(f) Prior Discharge**

3. Debtor(s) has/have NOT received a discharge under Chapter 7, 11 or 12 during the 4-year period preceding the date of the filing of this petition.

4. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

**11 U.S.C. 1328(g)**
**Instructional Course Requirement**

5. Debtor(s) has/have filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

**11 U.S.C. 1328(h)**

6. Section 1328(h) is not applicable in the present case.

**WHEREFORE,** it is respectfully requested from this Honorable

Court to take notice of the above mentioned and enter the order it deems appropriate.

   **CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all non CM/ECF participants.

   In San Juan, Puerto Rico, this 6/17/2013.

                              **ALEJANDRO OLIVERAS RIVERA**
                                    **CHAPTER 13 TRUSTEE**
                                       P.O. Box 9024062
                                  San Juan, PR 00902-4062
                               Tel. 977-3500  Fax 977-3521
                                      aorecf@ch13sju.com


                        By: /s/ ALEJANDRO OLIVERAS RIVERA
                               ALEJANDRO OLIVERAS RIVERA

09-00588-EAG  CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA  19101-7317

RECOVERY MANAGEMENT SYSTEMS COR
FOR GE MONEY BANK
25 SE 2ND AVENUE STE 1120
MIAMI, FL  33131

PRA RECEIVABLES MANAGEMENT LLC
AS AGENT PORTFOLIO RECOVERY
ASSOCIATES
PO BOX 12914
NORFOLK, VA  23541

LUBE AND SOTO LAW OFFICES*
1130 AVE F D ROOSEVELT
SAN JUAN, PR  00920-2906

ECAST SETTLEMENT CORPORATION
PO BOX 35480
NEWARK, NJ  07193-5480

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 953185
ST LOUIS, MO  63195-3185

FINGERHUNT
PO BOX 166
NEWARK, NJ  07101-0166

PRT
PO BOX 360998
SAN JUAN, PR  00936-0998

PRA RECEIVABLES MANAGEMENT LLC
AS AGENT PORTFOLIO RECOVERY
ASSOCIATES
PO BOX 41067
NORFOLK, VA  23541

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN  56302-9617

TD RETAIL CARD SERVICES
C/O CREDITORS BANKRUPTCY SERVICES
PO BOX 740933
DALLAS, TX  75374

AMERICAN EXPRESS
C/O BECKET AND LEE
PO BOX 3001
MALVERN, PA  19355

CITUSA
PO BOX 6241
SIOUX FALLS, SD  57117

DISH NETWORK
PO BOX 105169
ATLANTA, GA  30348-5169

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA  19114

ISLAND FINANCE
PO BOX 71504
SAN JUAN, PR  00936

NCO FINANCIAL SERVICES
PO BOX 192478
SAN JUAN, PR  00919

SEARS CREDIT CARDS
PO BOX 183114
COLUMBUS, OH  43218-3114

THE CHILDREN'S PLACE PLAN
PO BOX 689182
DES MOINES, IA  50368

THE HOME DEPOT CREDIT SERVICES
PO BOX 689100
DES MOINES, IA  50368-9100

UNIVERSAL FIDELITY LP
ATTN: JONH JACKSON
PO BOX 941911
HOUSTON, TX  77094-8911

WFNNB-MARIANNE
PO BOX 659705
SAN ANTONIO, TX  78265-9705

ZALES CREDIT PLAN
PO BOX 689182
DES MOINES, IA  50368-9182

HOSPITAL DR PILA

PONCE, PR  00000

MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON, TX  77210-4457

NELLIE C TORRES GARCIA

URB PUNTO ORO
4026 CALLE ANAEZ
PONCE, PR  00728-2024

LUBE AND SOTO LAW OFFICES*

1130 AVE F D ROOSEVELT
SAN JUAN, PR  00920-2906

09-00588-EAG
Page 3

DATED: 6/17/2013

/s/ Walter Lugo
OFFICE OF THE CHAPTER 13 TRUSTEE